Law Offices of Stephen Turano
60 Park Place
Suite 703
Newark, NJ 07102
(973) 236-0010
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MAG NO.: 11-8018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action |
| | : | |
| v. | : | Hon. William H. Walls, U.S.D.J. |
| | : | |
| ARIS VENTURA | : | ORDER MODIFYING ORDER |
| | : | SETTING CONDITIONS OF RELEASE |
| Defendant. | : | |

**THIS MATTER** having been opened to the Court by Stephen Turano, attorney for the Defendant Aris Ventura in the above-captioned matter, upon an application for an Order modifying the Order Setting Conditions of Pretrial Release to remove the condition of curfew with home detention and electronic monitoring; and it appearing to the Court that Pretrial Services and Ronnell Wilson, Assistant United States Attorney, consents to the application of the Defendant;

**NOW THEREFORE,** it is on this 23 day of July, 2012

**ORDERED**, that the Order Setting Conditions of Release be and the same hereby is modified to remove the condition of curfew with home detention and electronic monitoring; and

**IT IS FURTHER ORDERED**, that all other Conditions of Release remain the same.

_____
Hon. William H. Walls, U.S.D.J.